FILED
2007 Jan-22  PM 02:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CAROLYN COTTERMAN JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 7:05-cv-1646-TMP |
| | ) |
| MAMO TRANSPORTATION, et al. | ) |
| | ) |
| Defendants. | ) |

ORDER OF DISMISSAL WITH PREJUDICE

On January 19, 2007, the parties in the above-styled action jointly filed their stipulation of dismissal with prejudice.  On the joint stipulation, it is, therefore, ORDERED, that the above-styled action is due to be and hereby is DISMISSED WITH PREJUDICE, with each party bearing her or its own costs, expenses, and attorney's fees.

DATED this the 22nd  day of January, 2007.

T. MICHAEL PUTNAM
U.S. MAGISTRATE JUDGE